■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONSTANTIN CHEESE, Appellant. [970 NYS2d 703]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Camacho, J.), imposed March 23, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Roman, Cohen and Hinds-Radix, JJ., concur.